UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONESHA HAMILTON,<br><br>  Plaintiff,<br><br>  v.<br><br>WAYFAIR LLC,<br><br>  Defendant. | Case No. 19-cv-06530-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On October 10, 2019, Defendant Wayfair LLC removed this action to this court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Vince Chhabria to determine whether it is related to *Hamilton v. Wayfair LLC*, Case No. 19-cv-02291-VC.

**IT IS SO ORDERED.**

Dated: October 16, 2019

DONNA M. RYU
United States Magistrate Judge